| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF OREGON | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Rollin Dirty LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-3914638** | |
| **4.** | **Debtor's address** | **Principal place of business** **8080 Hughey Ln.** **Tillamook, OR 97141** Number, Street, City, State & ZIP Code  **Tillamook** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Rollin Dirty LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Rollin Dirty LLC**      Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Rollin Dirty LLC** _____ Case number (_if known_)_____
    Name

    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ■ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Rollin Dirty LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 23, 2023**
MM / DD / YYYY

X **/s/ Wilbur Manard Sims III**            **Wilbur Manard Sims III**
Signature of authorized representative of debtor       Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Ted A. Troutman**            Date **May 23, 2023**
Signature of attorney for debtor       MM / DD / YYYY

**Ted A. Troutman**
Printed name

**Troutman Law Firm P.C.**
Firm name

**5075 SW Griffith Dr.
Ste 220
Beaverton, OR 97005**
Number, Street, City, State & ZIP Code

Contact phone  **503-292-6788**   Email address  **tedtroutman@sbcglobal.net**

**844470 OR**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Rollin Dirty LLC**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Business Equipment Funding c/o Paul Jacobellis, Authorized Rep. 7174 SW 196th Terr. Beaverton, OR 97007 | | | | $105,000.00 | $0.00 | $105,000.00 |
| CCS Commercial, LLC 725 Canton Street Norwood, MA 02062 | | Collection Account | | | | $3,384.50 |
| Financial Pacific Leasing, Inc. c/o CT Corporation System, RA 780 Commercial Street SE, Suite 100 Salem, OR 97301 | | 1994 Kenworth Log Truck | | $52,000.00 | $25,000.00 | $27,000.00 |
| Grease Junkies, LLC 198 49th Avenue SE Salem, OR 97317 | | Services | | | | $9,600.00 |
| Internal Revenue Service Centralized Insolvency Solutions PO Box 7346 Philadelphia, PA 19101 | | 2021 - 2022 Tax Obligation | | | | $16,000.00 |
| Mark Capital Finance, LLC c/o Mark Schaake, CEO 4901 Scenic Drive Yakima, WA 98908 | | 2002 Kenworth W900L Log Truck | | $116,000.00 | $92,000.00 | $24,000.00 |

| Debtor | Rollin Dirty LLC | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ODR - Bkcy<br>955 Center NE #353<br>Salem, OR 97301 | | 2021 - 2022 Tax Obligation | | | | $3,600.00 |
| Oregon Coast Bank<br>2211 N Main Ave.<br>Tillamook, OR 97141 | | Overdraft Account | | | | $7,500.00 |
| Pape Kenworth<br>91195 Coburg Industrial Way<br>Eugene, OR 97408 | | Services | | | | $6,700.00 |
| Peterson Truck<br>3796 Turner Rd SE<br>Salem, OR 97302 | | Services | | | | $9,350.00 |
| Progressive Commercial Insurance<br>6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143 | | Services | | | | $9,650.00 |
| Steve Kenny Excavation<br>91569 George Hill Road<br>Astoria, OR 97103 | | Services | | | | $10,300.00 |
| TEC Equipment<br>2475 NW Canal Blvd.<br>Redmond, OR 97756 | | Services | | | | $10,600.00 |
| Vader Servicing, LLC<br>c/o National Registered Agents, Inc., RA<br>28 Liberty Street<br>New York, NY 10005 | | Bank of America - Checking - Acct# 3122 | | $22,500.00 | $10.46 | $22,489.54 |
| WaFd Bank<br>611 Main Street<br>Dallas, OR 97338 | | Checking Overdraft | | | | $2,750.00 |
| Wags Innovations, LLC<br>1811 10th Street<br>Tillamook, OR 97141 | | Services | | | | $3,260.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Case 23-31150-thp11     Doc 1     Filed 05/23/23

Ted A. Troutman, OSB #844470
Troutman Law Firm, PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
tedtroutman@sbcglobal.net

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>ROLLIN DIRTY LLC,<br><br>                    Debtor(s). | Case No.<br><br>CERTIFICATE OF SERVICE |

I, Lisette Barajas, Declare as follow:

      I certify that on **May 23, 2023**, I served, by **first class mail**, a full and true copy of the attached **List of Creditors Holding 20 Largest Unsecured Claims, Labels of the 20 Largest Unsecured Creditors and Certificate of Service** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Beaverton, Oregon on the date indicated below:

**Rollin Dirty LLC**
**8080 Hughey Ln.**
**Tillamook OR 97141**

**Office of the United States Trustee**
**1220 SW 3rd Avenue, Room 315**
**Portland, OR  97204**

Dated: **May 23, 2023**

/s/ Lisette Barajas
Lisette Barajas, Legal Assistant to
Ted A. Troutman

Page 1 Certificate of Service

# United States Bankruptcy Court
## District of Oregon

In re **Rollin Dirty LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wilbur Manard Sims III**<br>**8080 Hughey Lane**<br>**Tillamook, OR 97141** | | **100%** | **Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 23, 2023**

Signature **/s/ Wilbur Manard Sims III**
**Wilbur Manard Sims III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders