06/01/2023 Judge Teresa H Pearson

02:30 23-31150-thp11     Rollin Dirty LLC - db     TED A TROUTMAN

Kenneth S Eiler -tr
US Trustee, Portland -ust     CHRISTIAN TORIMINO

**Matter: Notice of Preliminary Hearing and Motion For Authority to Use Cash Collateral. Filed by Debtor Rollin Dirty LLC Hearing Scheduled for 6/1/2023 at 02:30 PM in/by Courtroom 4, Portland. (TROUTMAN, TED) Doc# 11**

Summary of Proceedings

Principal for debtor was unable to attend this hearing. Rather than filing a new motion for use of cash collateral and scheduling a new hearing, debtor may set aside and not use the $10.43 shown in the petition as cash on hand as of the date of filing.

Court will notice out a case management conference for July 6, 2023 at 9:00 a.m. by telephone.

Order to be prepared by: _____ Clerk's Office _____ Chambers  Other:

Minute Order: